IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 7:14-CR-12-BO-1
NO. 7:15-CV-183-BO

| | |
|---|---|
| JOSHUA ORLANDO BERNARD,<br>    Petitioner, | )<br>)<br>) |
| v. | )     <u>O R D E R</u><br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

This matter is before the Court on a joint motion by petitioner and respondent to correct petitioner's sentence pursuant to 28 U.S.C. § 2255. [DE 73]. The joint motion is GRANTED.

For the reasons offered in the joint motion, petitioner's request to amend his previously filed motion to vacate pursuant to 28 U.S.C. § 2255 [DE 56] is allowed. Petitioner's sole alleged claim for relief is for the ineffective assistance of counsel at sentencing. Further, as the parties agree that counsel was ineffective and that petitioner was prejudiced thereby, *see Strickland v. Washington*, 466 U.S. 668, 687-96 (1984), petitioner's amended motion to vacate is hereby GRANTED. Petitioner's sentence is hereby CORRECTED to reflect a term of four (4) years of supervised release at the completion of his active sentence. The clerk is DIRECTED to amend the criminal judgment and to close the § 2255 file.

SO ORDERED, this __22__ day of February, 2017.

                                                                TERRENCE W. BOYLE
                                                                UNITED STATES DISTRICT JUDGE